

E-FILED
Thursday, 05 January, 2023 02:53:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISON

SHONTEZ FRAZIER,
Plaintiff.

        Case No(s): 1:20-CV-01426-SEM-KLM;

— VS —
        1:22-CV-01110-JES

JON SANDAGE et al,
Defendant.

## MOTION TO RECONSIDER

Plaintiff, SHONTEZ FRAZIER, Pro se, requests to reconsider its order entered on December 14, 2022 at 2:00 PM CST, in support thereof, Mr. Frazier states as follows:

1 of 3

1. On September 27, 2022, the Court order Plaintiff to update his address and failure to do so on or before October 11, 2022, would result in the dismissal of his case. This Courts order was entered in case number: 1:22-CV-01110-JES.

2. On October 4, 2022 the Plaintiff sent a letter in which shows was filed stamped

on October 11, 2022 by the Clerk of the Court of the Central District of Illinois requesting that his address be changed and update to Graham Correctional Center 12078 IL Route 185 Hillsboro, IL 62049. (Please see letter filed in support)

3. On October 11, 2022 in Case number: 1:22-CV-01110-JES the Plaintiff received by instututional mail from the U.S. District Court of the Central District of Illinois a Notice of Electronic Filing which stated within Document Number 9 Docket Text: NOTICE of Change of Address by Shontez Frazier. New address Graham Correctional Center. (FDS).

WHEREFORE, Due to a miscommunication which was most likey caused on my behalf as an Pro se Plaintiff, due to the fact that the Plaintiff does have evidence supported by the court records, that he did by this court order of and/or on October 11, 2022, in good faith attempted to have his

address updated and changed to Graham Correctional Center, the Plaintiff prays that this Court would reconsider its order entered on 12/14/2022 dismissing the Plaintiff's suit failing to comply with the district courts orders to update his address, and to reopen this case for futher proceedings.

3 of 3

Respectfully Submitted,

*Shontez Frazier*
Shontez Frazier
12/20/2022
Graham Correctional Center
12078 IL Route 185
Hillsboro, IL 62049